RAWLINGS *et al. v.* CLAGGETT *et al.*, ELECTION COM'RS.

(Division B. Feb. 10, 1936.)

[165 So. 620. No. 32127.]

**Engle & Laub** and **W. A. Geisenberger**, all of Natchez, for appellees, and movants.

**Brandon & Brandon**, of Natchez, for appellants.

**Ethridge, P. J.**, delivered the opinion of the court.

The appeal in this case is dismissed. It presents only moot questions.

But the dismissal of this appeal will not prejudice

the rights of the parties in other suits, and is not to be taken as res adjudicata.

Appeal dismissed.